PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JUAN MEDINA,<br><br>　　　　　　　Defendant. | CASE NO. 1:16-CR-00094 JLT<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: September 5, 2023<br>TIME: 10:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　　1.　　By previous order, this matter was set for sentencing on September 5, 2023.

　　　2.　　The parties hereby request that the Court continue sentencing to October 2, 2023, at 10 a.m. to allow sufficient time to schedule a safety valve interview. The DEA case agent is not available to interview the defendant prior to sentencing, since he has been dispatched to Maui to assist in emergency operations.

　　　3.　　The parties further agree to an amended sentencing schedule, as follows:

- Formal objections to presentence report due by September 11, 2023.
- Response to formal objections due by September 18, 2023.
- Optional reply due by September 25, 2023.

STIPULATION AND PROPOSED ORDER　　　　　　　1

IT IS SO STIPULATED.

Dated:  August 16, 2023

                                               PHILLIP A. TALBERT
                                               United States Attorney

                                               /s/ KAREN A. ESCOBAR
                                               KAREN A. ESCOBAR
                                               Assistant United States Attorney

Dated:  August 16, 2023

                                               /s/ BRIAN ANDRITCH
                                               BRIAN ANDRITCH
                                               Counsel for Defendant
                                               JUAN MEDINA

                                               **ORDER**

IT IS SO ORDERED.

Dated:  August 16, 2023

                                               HON. JENNIFER L. THURSTON
                                               United States District Judge